DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL A. HARRIS,**
Appellant,

v.

**OCWEN LOAN SERVICING, LLC,** substituted for **BANK OF AMERICA, NA, LOWES** and **UNKNOWN TENANTS/OWNERS,**
Appellees.

No. 4D17-2310

[May 10, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE09-042885.

Kevin L. Hagen of Hagen & Hagen, P.A., Fort Lauderdale, for appellant.

Cynthia L. Comras, David Rosenberg and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Appellee Ocwen Loan Servicing, LLC.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***